The judgment is reversed, and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## PHARISS v. STATE.

No. 18019.

Court of Criminal Appeals of Texas.

Feb. 26, 1936.

Shropshire & Sanders, of Brady, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

Since the conviction of the appellant, the law (Vernon's Ann.P.C. art. 666 et seq.) upon which the prosecution is founded has been repealed (Vernon's Ann.P.C. art. 666 —49). See Meadows v. State (Tex.Cr. App.) 88 S.W.(2d) 481.

The judgment is reversed, and the prosecution ordered dismissed.

## THOMASON v. STATE.

No. 18055.

Court of Criminal Appeals of Texas.

Feb. 26, 1936.

Martelle McDonald, of Big Spring, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is theft; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and properly presented. The record is before this court without statement of facts or bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.